James Jirsa, appellee, v. L. Hlavec, appellant. Gen. No. 32,141.

Opinion filed April 3, 1928.

Vose & Vose, for appellant; John D. Clancy and Fred J. Dawley, of counsel. John J. Sherlock, for appellee; Walter A. O'Brien, of counsel.

Mr. Justice Gridley delivered the opinion of the court.